# United States District Court
Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk  TELEPHONE:
(336) 332-6000

November 13, 2018

JONATHAN R. BURRS
118 PANGBORN BLVD.
HAGERSTOWN, MD 21740

**Re: Case 1:18cv491; JONATHAN R. BURRS v. UNITED TECHNOLOGIES CORP., et al**

Dear Mr. Burrs:

The defendant filed a **Motion for Sanctions** on 11/06/2018 which may or may not be supported by affidavits.

You have the right to file a 20 page response in opposition to the defendant's motion. Your failure to respond or, if appropriate, to file affidavits or evidence in rebuttal within the allowed time may cause the court to conclude that the defendant's contentions are undisputed. Therefore, unless you file a response in opposition to the defendant's motion, the Court may grant the defendant's motion for sanctions, which may include a pre-filing injunction. **A response to this Motion for Sanctions must be filed within 21 days from the date of service on you.**

Any response you file should be accompanied by a brief containing a concise statement of reasons for your opposition and a citation of authorities upon which you rely. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original of your response should be mailed to this office and a copy served upon counsel for the defendant. Any pleadings presented to this court for filing must be accompanied by a certificate stating that you have served copies on counsel for the defendant.

Sincerely,

JOHN S. BRUBAKER, CLERK
By:/s/ Jamie L. Sheets
Deputy Clerk