UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

JONATHAN BURRS, SR.,

    Plaintiff,

v.

UNITED TECHNOLOGIES CORPORATION, and WALTER KIDDE PORTABLE EQUIPMENT, INC.,

    Defendants.

Case No. 1:18-cv-00491-CCE-LPA

**DEFENDANTS' ITEMIZED BILL OF COSTS**

| Date | Amount | Category | Expense |
|---|---|---|---|
| 07/18/2018 | $0.30 | Fees and disbursements for printing[1], 6 pages @ .05¢ per page[2] | Defendants' Consent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint |
| 07/18/2018 | $0.15 | Fees and disbursements for printing, 3 pages @ .05¢ per page | Corporate Disclosure Statement - UTC |
| 07/18/18 | $0.15 | Fees and disbursements for printing, 3 pages @ .05¢ per page | Corporate Disclosure Statement Walter Kidde |
| 07/19/18 | $0.15 | Fees and disbursements for printing, 3 pages @ .05¢ per page | Notice of Appearance - Thomas G. Reynolds IV |
| 07/19/18 | $0.15 | Fees and disbursements for printing, 3 pages @ .05¢ per | Notice of Appearance - Frederick |

---

[1] Plaintiff is proceeding *pro se* and is not a registered participant in CM/ECF System. Therefore, Defendant is required by Fed. R. Civ. P. 5, Local Rule 5.3, and Section E.2. of the Court's Electronic Case Filing Administrative Policies and Procedures Manuel to provide Plaintiff with a paper copy of any electronically filed pleading, document, or order.

[2] Cost per page represents Walter Kidde Portable Equipment, Inc.'s per page copy rate with Seyfarth Shaw LLP.

| | | page | T. Smith |
|---|---|---|---|
| 07/19/18 | $0.15 | Fees and disbursements for printing, 3 pages @ .05¢ per page | Notice of Appearance - Benjamin D. Briggs |
| 08/01/18 | $0.30 | Fees and disbursements for printing, 6 pages @ .05¢ per page | Defendants' Consent Motion for an Extension of Time to Respond to Plaintiff's Motion to Transfer Venue |
| 08/14/18 | $0.95 | Fees and disbursements for printing, 19 pages @ .05¢ per page | Letter and proposed Defendants' Motion for Sanctions for Plaintiff's Violation of Rule 11(b)(2) as to His Complaint |
| 08/14/18 | $4.05 | Fees and disbursements for printing, 81 pages @ .05¢ per page | Case law regarding Motion for Sanctions |
| 08/29/18 | $1.00 | Fees and disbursements for printing, 20 pages @ .05¢ per page | Letter and proposed Defendants' Motion for Sanctions for Plaintiff's Violation of Rule 11(b) as to His Motion to Transfer Venue |
| 08/29/18 | $5.60 | Fees and disbursements for printing, 112 pages @ .05¢ per page | Case law, Federal Rules of Civil Procedure and U.S. Code regarding Motion to Transfer |
| 09/14/18 | $0.30 | Fees and disbursements for printing, 6 pages @ .05¢ per page | Defendants' Motion to Dismiss Plaintiff's Complaint |
| 09/14/18 | $1.35 | Fees and disbursements for printing, 27 pages @ .05¢ per page | Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint |
| 09/14/18 | $2.25 | Fees and disbursements for printing, 45 pages @ .05¢ per page | Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint - Exhibit A |
| 09/14/18 | $8.25 | Fees and disbursements for printing, 165 pages @ .05¢ per page | Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint |

|  |  |  | - Exhibit B |
|---|---|---|---|
| 09/14/18 | $1.85 | Fees and disbursements for printing, 37 pages @ .05¢ per page | Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint - Exhibit C |
| 09/21/18 | $0.75 | Fees and disbursements for printing, 15 pages @ .05¢ per page | Defendants' Opposition to Plaintiff's Motion to Transfer Venue |
| 09/21/18 | $0.85 | Fees and disbursements for printing, 17 pages @ .05¢ per page | Defendants' Opposition to Plaintiff's Motion to Transfer Venue - Exhibit A |
| 09/21/18 | $6.00 | Fees and disbursements for printing, 120 pages @ .05¢ per page | Defendants' Opposition to Plaintiff's Motion to Transfer Venue - Exhibit B |
| 09/21/18 | $0.75 | Fees and disbursements for printing, 15 pages @ .05¢ per page | Defendants' Opposition to Plaintiff's Motion to Transfer Venue - Exhibit C |
| 09/21/18 | $0.75 | Fees and disbursements for printing, 15 pages @ .05¢ per page | Defendants' Opposition to Plaintiff's Motion to Transfer Venue - Exhibit D |
| 11/06/18 | $0.85 | Fees and disbursements for printing, 17 pages @ .05¢ per page | Defendants' Motion for Sanctions for Plaintiff's Violation of Rule 11(b)(2) as to His Complaint |
| 11/06/18 | $1.00 | Fees and disbursements for printing, 20 pages @ .05¢ per page | Defendants' Memorandum of Law in Support of Their Motion for Sanctions for Plaintiff's Violation of Rule 11(b)(2) as to His Complaint |
| 11/06/18 | $1.00 | Fees and disbursements for printing, 20 pages @ .05¢ per page | Defendants' Motion for Sanctions for Plaintiff's Violation of Rule 11(b)(2) as to His Complaint - Exhibit A |
| 11/06/18 | $0.25 | Fees and disbursements for printing, 5 pages @ .05¢ per page | Defendants' Motion for Sanctions for Plaintiff's Violation of Rule 11(b)(2) as to |

| | | | His Complaint - Exhibit B |
|---|---|---|---|
| 11/06/18 | $0.40 | Fees and disbursements for printing, 8 pages @ .05¢ per page | Defendants' Motion for Sanctions for Plaintiff's Violation of Rule 11(b)(2) as to His Complaint - Exhibit C |
| | | | |
| TOTAL | $39.55 | | |

I affirm under the penalties for perjury that the foregoing Bill of Costs is true and accurate.

Respectfully submitted,

WALTER KIDDE PORTABLE EQUIPMENT, INC.

By: s/ *Thomas G. Reynolds IV*
    Frederick T. Smith
    North Carolina Bar No. 45229
    SEYFARTH SHAW LLP
    6000 Fairview Road, Suite 1200
    Charlotte, North Carolina 28210
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    Benjamin D. Briggs
    Georgia Bar No. 081902
    bbriggs@seyfarth.com
    Thomas G. Reynolds IV
    Georgia Bar No. 601898
    treynolds@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

Date: November 16, 2018    *Counsel for Defendants United Technologies Corporation and Walter Kidde Portable Equipment, Inc.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JONATHAN BURRS, SR.,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION, and WALTER KIDDE PORTABLE EQUIPMENT, INC.<br><br>   Defendants. | Case No. 1:18-cv-00491-CCE-LPA |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I electronically filed the foregoing DEFENDANTS' ITEMIZED BILL OF COSTS with the Clerk of the Court using the CM/ECF system, and I served a copy of the same by electronic means and by regular mail addressed to the following pro se party:

>Jonathan R. Burrs, pro se Plaintiff
>1118 Pangborn Boulevard
>Hagerstown, Maryland 21740
>Jburrs1715@aol.com

>*s/ Thomas G. Reynolds IV*
>Thomas G. Reynolds IV
>Counsel for Defendant
>Walter Kidde Portable Equipment, Inc.

51859820v.1

5