# EXHIBIT A



233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
Sacramento
San Francisco
Washington, D.C.
London

July 16, 2018

Invoice No. 3048168
0418 / 054541
W1J

UTC Climate Controls & Security
17900 BeeLine Hwy.
Jupiter, FL 33478
Attn: Craig S. Taschner – Sr. Counsel - Litigation

---

For legal services rendered through June 30, 2018

**Christopher Kaps (IN EEOC Charge No. 470-2017-01769) (Port) - 054541-000006**

**Jonathan Burrs v. etc. (Section 1981) (Portfolio) - 054541-001100**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/11/18 | T. Reynolds IV | 1.30 | (To be moved to Burrs 3) Further analysis of Burrs' third complaint, comparing allegations to those from his EEO complaint (Burrs 2) and analyzing affect on third complaint of orders in Burrs 2 granting motion for judgment on the pleadings and summary judgment. |
| 06/12/18 | T. Reynolds IV | 0.50 | (Burrs 3) Correspondence with C. Taschner regarding service of plaintiff's third complaint and strategy for response; analyze potential service issues. |
| 06/18/18 | T. Reynolds IV | 1.50 | (To be moved to Burrs 3) Continue researching res judicata arguments for motion to dismiss Section 1981 claim. |

**Total Hours This Matter** 3.30

**Total Fees This Matter** $907.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Reynolds IV | - | 3.30 | hours at | $275.00 | per hour = | $907.50 |

**Total Fees And Disbursements This Matter** $907.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# EXHIBIT B



233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2018

Invoice No. 3070378
0418 / 054541
W1J

UTC Climate Controls & Security
17900 BeeLine Hwy.
Jupiter, FL 33478
Attn: Craig S. Taschner – Sr. Counsel - Litigation

---

For legal services rendered through July 31, 2018

**Jonathan Burrs v. etc. (Section 1981) (Portfolio) - 054541-001100**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/25/18 | T. Reynolds IV | 0.20 | Review docket report; correspondence with C. Taschner regarding issuance of summons. |
| 07/09/18 | T. Reynolds IV | 0.40 | Correspondence with C. Taschner regarding returns of service for summons served on UTC and Walter Kidde. |
| 07/14/18 | T. Reynolds IV | 0.20 | Correspondence with plaintiff to arrange call to discuss waiver of service and extension of deadline for UTC to answer complaint. |
| 07/15/18 | T. Reynolds IV | 0.30 | Telephone conference with plaintiff regarding waiver of service from Walter Kidde and extension of time for UTC to answer complaint; correspondence with plaintiff confirming waiver of service and extension of time to answer complaint. |
| 07/16/18 | T. Reynolds IV | 0.30 | Correspondence with C. Taschner regarding extension of deadline to respond to complaint. |
| 07/17/18 | B. Briggs | 0.40 | Review motion for extension, waiver of service and order on motion for extension; confer with T. Reynolds regarding same. |
| 07/17/18 | T. Reynolds IV | 4.50 | Prepare consent motion to extend deadline to respond to complaint and proposed order granting same; prepare waiver of service; prepare corporate disclosure statements for UTC and Walter Kidde; correspondence with C. Taschner requesting review and approval of extension motion and supporting documents. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/18/18 | T. Reynolds IV | 1.80 | Finalize and file consent motion for extension of time to respond to plaintiff's complaint and accompanying documents; finalize waiver of service; correspondence with plaintiff regarding all filings; correspondence with C. Taschner regarding same; review court order granting extension; correspondence with C. Taschner regarding same. |
| 07/19/18 | B. Briggs | 0.40 | Review motion to transfer venue; confer with T. Reynolds regarding response to same. |
| 07/19/18 | T. Reynolds IV | 6.50 | Analyze plaintiff's motion to transfer venue; review case law discussing standard for transferring venue; correspondence with C. Taschner regarding same; analyze case law regarding motions for sanctions and imposition of pre-filing injunctions; analyze cases discussing Rule 11 sanctions in instances where plaintiff brings suit based on previously dismissed claims; begin developing strategy for responding to plaintiff's motion to transfer venue and for seeking appropriate sanctions; prepare and file notices of appearance; correspondence with plaintiff forwarding notices of appearance. |
| 07/25/18 | B. Briggs | 0.20 | Confer with T. Reynolds regarding motion to dismiss and motion for sanctions. |
| 07/25/18 | T. Reynolds IV | 0.50 | Review strategy for responding to complaint and motion to transfer venue, including Rule 11 motions for sanctions. |
| 07/30/18 | T. Reynolds IV | 0.30 | Correspondence to plaintiff requesting call to discuss his motion to transfer venue; correspondence with C. Taschner regarding timing of initial case assessment and strategy for responding to motion to transfer venue. |
| 07/31/18 | T. Reynolds IV | 2.30 | Prepare consent motion for extension of time to respond to plaintiff's motion to transfer venue; correspondence with C. Taschner regarding same. |

**Total Hours This Matter** 18.30

**Total Fees This Matter** $5,342.50

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B. Briggs | - | 1.00 | hours at | $585.00 | per hour | = | $585.00 |
| T. Reynolds IV | - | 17.30 | hours at | $275.00 | per hour | = | $4,757.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**Total Fees And Disbursements This Matter** $5,342.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# EXHIBIT C



233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
Sacramento
San Francisco
Washington, D.C.
London

October 23, 2018

Invoice No. 3118347
0418 054541 / 054541-001100
W1ST

UTC Climate Controls & Security
17900 BeeLine Hwy.
Jupiter, FL 33478
Attn: Craig S. Taschner – Sr. Counsel - Litigation

---

For legal services rendered through September 30, 2018

**Jonathan Burrs v. etc. (Section 1981) (Portfolio) Collaborati/UTX0091776**

| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 08/29/18 | Courier/Messenger Inv#: 630041580 Date Sent: 08/29/2018 Sender: Rose Woolson Airbill: 773097194118 Jonathan Burrs, Sr. 118 Pangborn Blvd HAGERSTOWN, MD 21740 | 17.24 |
| 09/14/18 | Courier/Messenger Inv#: 631468913 Date Sent: 09/14/2018 Sender: Rose Woolson Airbill: 773225888232 Jonathan R. Burrs 118 Pangborn Boulevard HAGERSTOWN, MD 21740 | 34.84 |

**Total Disbursements** **$52.08**

**Total Fees And Disbursements This Statement** **$52.08**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# EXHIBIT D



233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 31, 2018

Invoice No. 3129244
0418 054541 / 054541-001100
W1ST

UTC Climate Controls & Security
17900 BeeLine Hwy.
Jupiter, FL 33478
Attn: Craig S. Taschner – Sr. Counsel - Litigation

For legal services rendered through September 30, 2018

**Jonathan Burrs v. etc. (Section 1981) (Portfolio) Collaborati/UTX0091776**

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 08/01/18 | T. Reynolds IV | L250 | Correspondence with plaintiff requesting his consent to extension of time to respond to motion to transfer; finalize and file consent motion for extension; correspondence with plaintiff transmitting same; review court order granting extension; correspondence with C. Taschner regarding same. | 1.20 | 330.00 |
| 08/03/18 | T. Reynolds IV | L250 | Begin preparing motion for sanctions under Rule 11 as to plaintiff's complaint. | 3.50 | 962.50 |
| 08/06/18 | T. Reynolds IV | L250 | Continue preparing motion for sanctions as to plaintiff's complaint, including discussion of previous two cases decided in favor of Walter Kidde and analysis of recent cases regarding res judicata and collateral estoppel. | 4.50 | 1,237.50 |
| 08/08/18 | T. Reynolds IV | L250 | Correspondence with plaintiff requesting call to discuss complaint and motion to transfer; continue preparing motion for sanctions as to complaint, including updated case law citations regarding awards of sanctions in similar matters. | 3.30 | 907.50 |
| 08/09/18 | B. Briggs | L120 | Review and revise motion for sanctions; confer with T. Reynolds regarding same. | 0.70 | 409.50 |
| 08/09/18 | T. Reynolds IV | L250 | Revise motion for sanctions as to complaint; correspondence with C. Taschner requesting review and approval of same; review status of plaintiff's petition for certiorari. | 1.00 | 275.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 08/13/18 | T. Reynolds IV | L250 | Revise motion for sanctions as to complaint based on comments from C. Taschner; prepare letter to plaintiff to accompany motion for sanctions. | 4.70 | 1,292.50 |
| 08/14/18 | B. Briggs | L120 | Review sanctions cover letter; confer with T. Reynolds regarding same. | 0.30 | 175.50 |
| 08/14/18 | T. Reynolds IV | L250 | Finalize and serve letter and motion for sanctions as to plaintiff's complaint.; correspondence with C. Taschner regarding same. | 1.50 | 412.50 |
| 08/21/18 | T. Reynolds IV | L250 | Begin preparing motion for sanctions as to plaintiff's motion to transfer venue. | 0.80 | 220.00 |
| 08/22/18 | T. Reynolds IV | L250 | Prepare response to plaintiff regarding his request for an extension of time to respond to Defendants' motion for sanctions as to his complaint; continue procedural background section of motion for sanctions as to plaintiff's motion to transfer venue and begin preparing legal arguments. | 6.50 | 1,787.50 |
| 08/23/18 | T. Reynolds IV | L250 | Correspondence from plaintiff regarding motion for sanctions as to his complaint; continue preparing arguments and citations to authority for motion for sanctions as to plaintiff's motion to transfer venue. | 6.50 | 1,787.50 |
| 08/27/18 | T. Reynolds IV | L250 | Correspondence to C. Taschner requesting review and approval of proposed motion for sanctions as to plaintiff's motion to transfer. | 0.20 | 55.00 |
| 08/28/18 | T. Reynolds IV | L250 | Correspondence with C> Taschner regarding motion for sanctions as to plaintiff's motion to transfer venue; begin preparing letter to plaintiff regarding motion for sanctions as to motion to transfer. | 1.30 | 357.50 |
| 08/29/18 | T. Reynolds IV | L250 | Revise motion for sanctions as to motion to transfer; prepare letter to plaintiff regarding motion for sanctions as to motion to transfer; review compilation of case law and code sections to accompany letter to plaintiff; correspondence with C. Taschner regarding letter sent to plaintiff. | 2.70 | 742.50 |
| 09/04/18 | T. Reynolds IV | L250 | Analyze plaintiff's email response to proposed motion for sanctions as to his complaint; correspondence with C. Taschner regarding same. | 0.50 | 137.50 |
| 09/07/18 | T. Reynolds IV | L210 | Begin preparing introduction, mature of the matter, relevant facts and questions presented for motion to dismiss. | 3.00 | 825.00 |
| 09/09/18 | T. Reynolds IV | L210 | Begin preparing legal arguments for motion to dismiss. | 1.60 | 440.00 |


| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 09/10/18 | T. Reynolds IV | L210 | Begin preparing legal arguments for motion to dismiss regarding res judicata and collateral estoppel. | 5.50 | 1,512.50 |
| 09/11/18 | T. Reynolds IV | L210 | Correspondence with plaintiff regarding request for extension to respond to complaint; begin preparing legal arguments for motion to dismiss as to race and hostile work environment claims. | 4.00 | 1,100.00 |
| 09/12/18 | T. Reynolds IV | L210 | Follow up correspondence to plaintiff regarding request for extension; prepare motion for extension; prepare legal arguments for motion to dismiss regarding intentional and negligent infliction of emotional distress; revise nature of matter and statement of relevant facts; revise all legal arguments that plaintiff's claims are barred as a matter of law; revise all legal arguments that plaintiff has failed to state a claim against defendants. | 7.00 | 1,925.00 |
| 09/13/18 | T. Reynolds IV | L210 | Correspondence with C. Taschner regarding motion to dismiss; revise memorandum in support of motion to dismiss; | 0.50 | 137.50 |
| 09/14/18 | T. Reynolds IV | L210 | Prepare cover motion for motion to dismiss; finalize and file motion, memorandum in support, and all exhibits, including documents filed in prior cases and unreported opinions; correspondence with plaintiff regarding same. | 3.50 | 962.50 |
| 09/17/18 | T. Reynolds IV | L210 | Correspondence with C. Taschner regarding motion to dismiss. | 0.10 | 27.50 |
| 09/18/18 | T. Reynolds IV | L120 | Correspondence with C. Taschner regarding court's Roseboro letter to plaintiff. | 0.10 | 27.50 |
| 09/20/18 | B. Briggs | L120 | Attention to motions and responses; communicate with T. Reynolds regarding same. | 0.20 | 117.00 |
| 09/20/18 | T. Reynolds IV | L250 | Prepare opposition to plaintiff's motion to transfer venue; correspondence with C. Taschner requesting review and approval of same; revise opposition brief and compile list of all exhibits. | 4.50 | 1,237.50 |
| 09/21/18 | T. Reynolds IV | L250 | Finalize and file opposition to plaintiff's motion to transfer venue; correspondence with plaintiff regarding same; correspondence with C. Taschner regarding same. | 1.40 | 385.00 |

**Total Hours** **70.60**

**Total Fees** **$19,787.00**



**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| B. Briggs | Partner | - | 1.20 | hours at | 585.00 | per hour |
| T. Reynolds IV | Counsel | - | 69.40 | hours at | 275.00 | per hour |

**Total Fees And Disbursements This Statement** **$19,787.00**

**Less Unallocated Cash** **($19,787.00)**

**Total Amount Due** **$0.00**

# EXHIBIT E



233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
Sacramento
San Francisco
Washington, D.C.
London

November 21, 2018

Invoice No. 3144131
0418 054541 / 054541-001100
W1ST

UTC Climate Controls & Security
17900 BeeLine Hwy.
Jupiter, FL 33478
Attn: Craig S. Taschner – Sr. Counsel - Litigation

For legal services rendered through November 15, 2018

**Jonathan Burrs v. etc. (Section 1981) (Portfolio) Collaborati/UTX0091776**

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 10/03/18 | T. Reynolds IV | L210 | Analyze notice regarding plaintiff's first amended complaint. | 0.10 | 27.50 |
| 10/04/18 | T. Reynolds IV | L210 | Initial analysis of plaintiff's first amended complaint. | 0.50 | 137.50 |
| 10/08/18 | T. Reynolds IV | L210 | Analyze redline comparing plaintiff's first amended complaint to his initial complaint. | 0.30 | 82.50 |
| 10/09/18 | T. Reynolds IV | L250 | Analyze text order from court regarding consideration of original motion to dismiss as applicable to plaintiff's first amended complaint; analyze potential additional arguments to be raised; correspondence with C. Taschner regarding same. | 1.00 | 275.00 |
| 10/24/18 | T. Reynolds IV | L250 | Analyze timing requirements for plaintiff's filing in response to motion to dismiss to determine whether filing would be effective as of mailing. | 0.40 | 110.00 |
| 10/25/18 | T. Reynolds IV | L250 | Begin preparing memorandum of law in support of motion for sanctions as to plaintiff's first amended complaint. | 0.50 | 137.50 |
| 10/31/18 | T. Reynolds IV | L250 | Correspondence with C. Taschner regarding status of motion to dismiss; begin preparing memorandum of law in support of motion for sanctions as to plaintiff's complaint. | 2.30 | 632.50 |
| 11/01/18 | T. Reynolds IV | L250 | Continue preparing memorandum in support of motion for sanctions as to plaintiff's complaint. | 4.40 | 1,210.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 11/02/18 | T. Reynolds IV | L250 | Continue preparing memorandum in support of motion for sanctions; analyze order denying plaintiff's motion to transfer venue; revise motion for sanctions to address plaintiff's response to draft motion and his subsequent first amended complaint; analyze order granting motion to dismiss and dismissing plaintiff's complaint with prejudice; analyze case law addressing filing of motion for sanctions after dismissal and entry of judgment; correspondence with C. Taschner regarding same. | 5.30 | 1,457.50 |
| 11/05/18 | B. Briggs | L120 | Review motion for sanctions; communicate with T. Reynolds regarding same. | 0.50 | 292.50 |
| 11/05/18 | T. Reynolds IV | L250 | Revise motion for sanctions and memorandum in support to account for dismissal of complaint; correspondence with C. Taschner requesting review and approval of same; prepare proposed order; revise motion and memorandum of law to address comments from C. Taschner; prepare exhibits for memorandum of law in support of motion for sanctions. | 3.90 | 1,072.50 |
| 11/06/18 | T. Reynolds IV | L250 | Finalize and file motion for sanctions; correspondence with plaintiff regarding same; correspondence with C. Taschner regarding same. | 0.40 | 110.00 |
| 11/08/18 | T. Reynolds IV | L250 | Outline elements of bill of costs. | 0.10 | 27.50 |
| 11/09/18 | T. Reynolds IV | L250 | Revise bill of costs. | 0.10 | 27.50 |
| 11/13/18 | T. Reynolds IV | L250 | Analyze notice from court to plaintiff regarding motion for sanctions. | 0.10 | 27.50 |

**Total Hours** **19.90**

**Total Fees** **$5,627.50**

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| B. Briggs | Partner | - | 0.50 | hours at | 585.00 | per hour |
| T. Reynolds IV | Counsel | - | 19.40 | hours at | 275.00 | per hour |

**Total Fees And Disbursements This Statement** **$5,627.50**

**Less Unallocated Cash** **($5,627.50)**

**Total Amount Due** **$0.00**